

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00058-CR

**ANDREA LEIGH BALL,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2020-246-C1

## MEMORANDUM  OPINION

Andrea Leigh Ball appeals the judgment against her signed on February 9, 2023. Because the trial court's certification, which Ball and her attorney signed, indicates that the underlying case was a plea-bargain case, that Ball has no right of appeal, and that Ball has waived her right of appeal, this appeal must be dismissed.  *See* TEX. R. APP. P. 25.2(d) ("The appeal must be dismissed if a certification that shows the defendant has the right of appeal has not been made part of the record under these rules."); *Chavez v.*

*State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006) (plea bargain); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003) (waiver of appeal).

Notwithstanding that we are dismissing this appeal, Ball may file a motion for rehearing with this Court within fifteen (15) days after this opinion and judgment are rendered if she believes this opinion and judgment are erroneously based on inaccurate information or documents. *See* TEX. R. APP. P. 49.1. Moreover, if Ball desires to have the opinion and judgment of this Court reviewed by filing a petition for discretionary review, that petition must be filed with the Court of Criminal Appeals within thirty (30) days after either the day this Court's judgment is rendered or the day the last timely motion for rehearing is overruled by this Court. *See* TEX. R. APP. P. 68.2(a).

For the reasons stated, this appeal is dismissed.


MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Appeal dismissed
Opinion delivered and filed March 1, 2023
Do not publish
[CR25]

